IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-00115-M-11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| KENYON VONDIK HOOD, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on Defendant's Motion to Seal Docket Entry 318 [DE 319]. Pursuant to Local Criminal Rule 55.2 and based on information set forth in the proposed sealed document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 318 until further order of the court.

SO ORDERED this 6th day of December, 2021.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE