UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenyon Vondik Hood**                          **Docket No. 5:21-CR-115-11M**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenyon Vondik Hood, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(C), and 841(a)(1), and Possession With Intent to Distribute a Quantity of Cocaine, in violation of 21 U.S.C.§§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on May 19, 2022, to the custody of the Bureau of Prisons for a term of 25 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kenyon Vondik Hood was released from custody on August 29, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 29, 2023, Hood was released from the Bureau of Prisons to begin his 3-year term of supervised release. As part of his special conditions of supervised release, Hood was ordered to participate in the home detention program for a period not to exceed 365 consecutive days. On September 7, 2023, the home detention program commenced. Since the onset of supervised release, Hood has completed nine and a half months in the home detention program, with no violation conduct. Further, he has continually submitted negative urinalysis, paid his case in full, and remains compliant with his mental health treatment. Due to Hood's successful completion of two-thirds of the home detention program, coupled with his compliance with all other terms of supervised release, it is respectfully recommended that Hood's location restriction program be modified from home detention to curfew for the duration of this condition.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The Location Monitoring program is modified from home detention to curfew. The defendant shall adhere to a curfew as directed by the probation officer for the duration of the Location Monitoring program. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Kenyon Vondik Hood
Docket No. 5:21-CR-115-11M
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: June 24, 2024

## ORDER OF THE COURT

Considered and ordered this 25th day of June, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge